# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY PERRY OLIVER,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 75649

FILED

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an amended judgment of conviction.[1] Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the amended judgment of conviction on June 24, 2013. Appellant did not file the notice of appeal, however, until April 17, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349,

---

[1]We direct the clerk of this court to detach the presentence investigation report attached to the notice of appeal, and file it separately under seal. *See* NRS 176.156(5) (providing that except for specific disclosures authorized by NRS 176.156(1)-(4), a presentence investigation report is "confidential and must not be made a part of any public record").

18-17999

352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[2]


_____ Cherry _____, J.
Cherry

_____ Parraguirre _____, J.
Parraguirre

_____ Stiglich _____, J.
Stiglich


cc:   Hon. Eric Johnson, District Judge
Anthony Perry Oliver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2] Given this order, we take no action on the pro se documents filed on May 1, and 4, 2018.